IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RIVERA,<br>　　　　Petitioner<br><br>v.<br><br>WARDEN FRITH,<br>　　　　Respondent | No. 3:25-CV-0831<br><br>(Judge Munley) |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner John Rivera's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 11/3/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court